### 3590. HALL *v.* ROEHR & CO.

HILL, C. J. 1. Under the mandatory provisions of the constitution of this State—article 6, section 16 (Civil Code of 1910, § 6543)—the venue of all civil cases is in the county where the defendant resides, except in certain cases specified in paragraphs 1 to 5 (inclusive) of the said article. A trover suit is a civil case, and is not among the exceptions to the general rule. Where, therefore, a timely and sufficient plea to the jurisdiction of the court was filed, on the ground that the defendant was not a resident of the county in which the suit was

brought, it was error for the trial judge to strike this plea, and the issue therein made should have been submitted to the jury.

2. The giving of a bond for the forthcoming of the property in a trover suit, where bail is required, is in a sense an appearance by the defendant, yet it is not such appearance and pleading to the merits of the case as would constitute a waiver of jurisdiction. To complete such waiver there must not only be a general appearance, but also pleading to the merits. Civil Code (1910), § 5664.

*Judgment reversed.*

DECIDED JANUARY 15, 1912.

Trover; from city court of Bainbridge—W. V. Custer, judge pro hac vice. June 22, 1911.

*E. S. Longley,* for plaintiff in error.

*J. C. Hale, W. H. Krause,* contra.